**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose PORTILLO–MEZA, Defendant–**
**Appellant.**

**No. 13–11330**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 17, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, Aaron Wiley, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Ricardo De Los Santos, Esq., De Los Santos & Associates, P.C., Cleburne, TX, for Defendant–Appellant.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

Jose Portillo–Meza appeals his conviction for illegally reentering the United

States after removal. He urges that the district court erred in not allowing him to present a necessity or duress defense. He has not shown that he satisfied the requirements for such a defense. *See United States v. Posada–Rios,* 158 F.3d 832, 873 (5th Cir.1998); *United States v. Gant,* 691 F.2d 1159, 1162–65 (5th Cir.1982).

Additionally, Portillo–Meza theorizes that excluding such a defense can result in an inconsistency between a criminal case and an immigration case. He has shown no error.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.